## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In Re:

**HI-TECH CONSTRUCTION COMPANY, INC.**　　　　　Case No: 14-20424
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　**Debtor-in-Possession.**

## CERTIFICATE OF SERVICE OF NOTICE OF MOTION

　　　I, Joe M. Supple, counsel for the Debtor, certify that on **October 8, 2014**, a true copy of the **NOTICE OF DEBTOR'S MOTION TO SELL SUPPLIES, SPARE PARTS, TOOLS AND OFFICE FURNITURE FREE AND CLEAR OF LIENS AT PUBLIC AUCTION AND TO EMPLOY AND COMPENSATE AUCTIONEER** was served electronically, via the Clerk's office upon the following:

- Janet Smith Holbrook　　jholbrook@huddlestonbolen.com, bcollins@huddlestonbolen.com
- Douglas A. Kilmer　　douglas.a.kilmer@usdoj.gov
- Douglas A. Kilmer　　douglas.a.kilmer@usdoj.gov
- Joe M. Supple　　info@supplelaw.net
- United States Trustee　　ustpregion04.ct.ecf@usdoj.gov

**And by U.S. Mail on October 8, 2014 to the attached mailing matrix.**

　/s/ Joe M. Supple
Joe M. Supple (WV Bar # 8013)
Supple Law Office, PLLC
801 Viand Street
Point Pleasant, WV 25550
304.675.6249
joe.supple@supplelaw.net
*Counsel for the Debtor*

```
Label Matrix for local noticing          Airgas National Welders              Airgas National Welders
0425-2                                   1580 Executive Avenue                1580 Executive Avenue
Case 2:14-bk-20424                       Myrthe Beach, SC 29577-6500          Myrtle Beach, SC 29577-6500
Southern District of West Virginia
Charleston
Wed Oct  8 21:47:08 EDT 2014

American Electric Power                  Anderson Construction                Appalachian Tire Products
Attn Bankruptcy                          PO Box 278                           PO Box 10057
1 AEP Way                                Aynor, SC 29511-0278                 Charleston, WV 25357-0057
Hurricane, WV 25526-1231


B & M Oil Company                        Baisden Brothers, Inc.               Blanchard Machinery Co.
PO Box 205                               340 Riverview Avenue                 PO Box 402197
Whiteville, WV 25209-0205                Logan, WV 25601-3428                 Atlanta, GA 30384-2197


Bowles Rice McDavid Graff Law            Boxley Materials                     (p)U S SECURITIES AND EXCHANGE COMMISSION
600 Quarrier Street                      Credit Department                    ATLANTA REG OFFICE AND REORG
PO Box 1386                              PO Box 13527                         950 E PACES FERRY RD NE STE 900
Charleston, WV 25325-1386                Roanoke, VA 24035-3527               ATLANTA GA 30326-1382


Carl David Runyon                        Carl Runyon                          Carolina Crawler
210 79th. Avenue                         1707 Oakland Avenue                  PO Box 40308
N. Myrtle Beach, SC 29572                St. Albans, WV 25177-3828            Charleston, WV 29423-0308


Cathy Runyon                             Cecil I. Walker Machinery            Charles M. Johnstone II, Esq.
652 McDaniel Drive                       PO Box 905258                        Joshua D. Pearson, Esq.
Myrtle Beach, SC 29579-7530              Charlotte, NC 28290-5258             Johnstone & Gabhart, LLP
                                                                              PO Box 313
                                                                              Charleston, WV 25321-0313

Charleston Blueprint, Inc.               Colony Tire Service                  Come Back Rentals
1203 Virginia Street East                PO Box 63382                         4880 Dick Pond Road
Charleston, WV 25301-2908                Charlotte, NC 28263-3382             Myrtle Beach, SC 29588-6811


Conway Auto Parts                        Conway Auto Parts                    David Runyon
1412 4th Avenue                          Attn: Ned Hickson                    PO Box 8601
Conway, SC 29526-5020                    1412 4th Avenue                      South Charleston, WV 25303-0601
                                         Conway, SC 29526-5020


Dixon Hughes Goodman LLP                 East Coast Asphalt                   Electric Motor Service
PO Box 602828                            PO Box 5038                          PO Box 511
Charlotte, NC 28260-2828                 Princeton, WV 24740-5038             Stollings, WV 25646-0511


Elvis Welding Services, Inc.             Equifax                              Experian
3824 Business Street                     Equifax                              Experian
Myrtle Beach, SC 29579-7297              P.O. Box 144717                      Profile Maintenance
                                         Orlando, FL 32814-4717               P.O. Box 9558
                                                                              Allen, TX 75013-9558
```

| | | |
|---|---|---|
| Fedex<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | First Bankcard<br>PO Box 2818<br>Omaha, NE 68103-2818 | Fleet Pride Heavy Duty Experts<br>PO Box 281811<br>Collections Center Drive<br>Atlanta, GA 30384-1811 |
| Gus Chryssofos<br>HC 74 Box 3024<br>Chapmanville, WV 25508-9524 | Guyan Consulting, Inc.<br>PO Box 640<br>Danville, WV 25053-0640 | HD Supply Waterworks<br>PO Box 91036<br>Chicago, IL 60693-1036 |
| HT Holding Company<br>PO Box 8601<br>South Charleston, WV 25303-0601 | Hertz Equipment Rental<br>PO Box 650280<br>Dallas, TX 75265-0280 | Hi-Tech Construction Company, Inc.<br>PO Box 8601<br>South Charlesotn, WV 25303-0601 |
| Janet Smith Holbrook<br>Post Office Box 2185<br>Huntington, WV 25722-2185 | Horizontal Equip. Mftg., Inc.<br>PO Box 5886<br>Pinehurst, NC 28374-5886 | (c)HURRICANE EQUIPMENT<br>84 US ROUTE 60<br>CULLODEN WV  25510-7217 |
| IIX - Insurance Information E<br>PO Box 27828<br>New York, NY 10087-7828 | Icon International, Inc.<br>45 West Caldwell Street<br>Mount Juliet, TN 37122-2906 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Isco Industries<br>1974 Solutions Center<br>Chicago, IL 60677-1009 | J.P. Russ & Son, Inc.<br>5621 Beach Drive SW<br>Ocean Isle Beach, NC 28469-6120 |
| JC's Hardware<br>PO Box 602<br>Pineville, WV 24874-0602 | Jabo Supply Corporation<br>Attn:  Accounts Receivable Dept.<br>PO Box 238<br>Huntington, WV 25707-0238 | James B. Atkins<br>Atkins & Ogle Law Offices, L.C.<br>105 River Vista Drive<br>PO Box 300<br>Buffalo, WV 25033-0300 |
| James B. Atkins<br>Atkins & Ogle Law Offices, L.C.<br>105 River Vista Drive<br>PO Box 300<br>Buffalo, WV 25033-0300<br>James B. Atkins, Esq. | James B. Atkins, Esq.<br>Atkins & Ogle Law Offices, L.C.<br>105 River Vista Drive<br>PO Box 300<br>Buffalo, WV 25033-0300 | Jaunt, Inc.<br>PO Box 626<br>Chapmanville, WV 25508-0626 |
| John Deere Financial, f.s.b.<br>PO Box 6600<br>Johnston, Iowa 50131-6600 | Justice Feed and Hardware<br>109 Justice Avenue<br>Logan, WV 25601-3112 | Douglas A. Kilmer<br>300 Virginia Street, East<br>Room 2025<br>Charleston, WV 25301-2535 |
| Kimberly Jones<br>23 Coventry Road<br>South Charleston, WV 25309-9527 | Kimberly Jones<br>PO Box 8601<br>South Charleston, WV 25303-0601 | Logan Concrete, Inc. and Ferrell Excavat<br>PO Box 1388<br>Logan, WV 25601-1388 |

| | | |
|---|---|---|
| Logan Mingo Area Mental Health<br>PO Box 176<br>Logan, WV 25601-0176 | M & M Conveyor & Rollback Service<br>PO Box 247<br>Stollings, WV 25646-0247 | MH Equipment<br>PO Box 50<br>Mossville, IL 61552-0050 |
| MH Equipment Co<br>P.O. Box 50<br>Peoria, IL 61650 | Massie Reclamation, Inc.<br>PO Box 70<br>Ghent, WV 25843-0070 | Mountain Aggregates<br>PO Box 277103<br>Atlanta, GA 30384-7103 |
| Mountain State Insurance Co.<br>1206 Kanawha Blvd. E.<br>Charleston, WV 25301-2949 | Napa Auto Parts - Logan<br>PO Box 409043<br>Atlanta, GA 30384-9043 | Natural Resource Partners L.P.<br>PO Box 789<br>Stollings, WV 25646-0789 |
| Nature's Calling, Inc.<br>PO Box 30039<br>Charleston, SC 29417-0039 | Nora Clevenger Price<br>Andrew P. Smith<br>Steptoe & Johnson PLLC<br>1000 Fifth Avenue, Suite 250<br>PO Box 2195<br>Huntington, WV 25722-2195 | Nora Clevenger Price<br>Steptoe & Johnson PLLC<br>1000 Fifth Ave, Ste 250<br>PO Box 2195<br>Huntington, WV 25722-2195 |
| Norman T. Daniels Jr.<br>Daniels Law Firm<br>PO Box 1433<br>Charleston, WV 25325-1433 | Petroleum Products Inc.<br>c/o Kyle A. Baisley<br>5508 Lonas Drive<br>Knoxville, TN 37909-3221 | Petroleum Products, Inc.<br>PO Box 644274<br>Pittsburgh, PA 15264-4274 |
| Philip C. Thompson, Esq.<br>1300 Second Avenue Third Floor<br>PO Box 1740<br>Conway, SC 29528-1740 | Powerplan<br>21310 Network Place<br>Chicago, IL 60673-1213 | Powerplan21310 Network Place<br>Chicago, IL 60673-1213 |
| Radius HDD Direct, LLC<br>215 Lemmuel St. Bldg. 9<br>Weatherford, TX 76085-1619 | Radius Professional HDD Tools<br>215 Lemmuel Dr Bldg #9<br>Weatherford, TX 76085-1619 | Rish Equipment<br>PO Box 330<br>Bluefield, WV 24701-0330 |
| Rish EquipmentPO Box 330<br>Bluefield, WV 24701-0330 | Rudd Equipment Company<br>Dept. 77432<br>PO Box 77432<br>Detroit, MI 48277-0432 | Ryan S. Marstellar, Esq.<br>Bailes, Craig & Yon, PLLC<br>PO Box 1926<br>Huntington, WV 25720-1926 |
| Ryan S. Marsteller, Esq.<br>Bailes, Craig & Yon, PLLC<br>PO Box 1926<br>Huntington, WV 25720-1926 | SC Department of Revenue<br>PO Box 12265<br>Columbia, SC 29211-2265 | Samuel F. Hanna, Esq.<br>Hanna Law Office<br>PO Box 2311<br>Charleston, WV 25328-2311 |
| Secretary of State of West Virginia<br>Bldg. 1 Capital Complex<br>Charleston, WV 25305 | Shamblin Stone, Inc.<br>PO Box 510<br>Dunbar, WV 25064-0510 | Sheriff of Mingo County<br>PO Box 1270<br>Williamson, WV 25661-1270 |

| | | |
|---|---|---|
| South Carolina Withholding<br>Dept. Revenue<br>PO Box 125<br>Columbia, SC 29202-0125 | South River Electric<br>Membership Corporation<br>PO Box 931<br>Dunn, NC 28335-0931 | Southern Utility Supply of Cha<br>1440 Ben Sawyer Blvd.<br>Suite 1101, Box 201<br>Mount Pleasant, SC 29464-5526 |
| Southern Utility Supply of Cha1<br>440 Ben Sawyer Blvd.<br>Suite 1101, Box 201<br>Mount Pleasant, SC 29464 | Standard Parts of M.B.<br>PO Box 465<br>Myrtle Beach, SC 29578-0465 | State Equipment, Inc.<br>PO Box 3939<br>Charleston, WV 25339-3939 |
| Sunbelt SC<br>PO Box 409211<br>Atlanta, GA 30384-9211 | Sunbelt WV<br>PO Box 409211<br>Atlanta, GA 30384-9211 | Joe M. Supple<br>801 Viand Street<br>Point Pleasant, WV 25550-1238 |
| T.A. Loving Company<br>Jason T. Strickland, Esq.<br>Ward and Smith, P.A.<br>PO Box 33009<br>Raleigh, NC 27636-3009 | Team Works LLC<br>PO Box 4851<br>Chapmanville, WV 25508-4851 | Thermal Solutions<br>9329 Country Road 107<br>Proctorville, OH 45669-8732 |
| Thornhill Ford Lincoln<br>PO Box 1449<br>Chapmanville, WV 25508-1449 | Trans Union Corporation<br>Trans Union Corporation<br>Attention: Public Records Dept.<br>555 West Adam St.<br>Chicago, IL 60661-3631 | Tren Services, Inc.<br>PO Box 117<br>Harts, WV 25524-0117 |
| Trinity Rebar and Concrete Supplies<br>1020 Winfield Road<br>Winfield, WV 25213-9505 | Underground Solutions, Inc.<br>13135 Danielson Street #201<br>Poway, CA 92064-8874 | Underground Solutoins, Inc.<br>13135 Danielson Street #201<br>Poway, CA 92064-8874 |
| United Rentals<br>PO Box 100711<br>Atlanta, GA 30384-0711 | United Rentals, Inc.<br>Attn: Rhonda Sims<br>6125 Lakeview Road #300<br>Charlotte, NC 28269-2616 | United States Attorney<br>Southern District WV<br>P.O. Box 1713<br>Charleston, WV 25326-1713 |
| United States Trustee<br>2025 Robert C. Byrd U.S. Courthouse<br>300 Virginia Street, East<br>Charleston, WV 25301-2503 | Vermeer Carolinas Inc.<br>10900 Carpet Street<br>Charlotte, NC 28273-6205 | Vermeer Sales & Service, Inc.<br>c/o Amato Keating and Lessa, P.C.<br>107 North Commerce Way<br>Bethlehem PA 18017-8913 |
| Vernon P. Ferrell, II<br>PO Box 367<br>Parkersburg, WV 26102-0367 | W. Michael Frazier<br>Frazier & Oxley L.C.<br>PO Box 2808<br>Huntington, WV 25727-2808 | WV Coal Association Inc.<br>PO Box 3923<br>Charleston, WV 25339-3923 |
| WV Department of Tax & Revenue<br>Bankruptcy Unit<br>P.O. Box 766<br>Charleston, WV 25323-0766 | WV Dept. Tax and Revenue<br>Internal Auditing Div<br>PO Box 1826<br>Charleston, WV 25327-1826 | West Virginia Paving, Inc.<br>2950 Charles Avenue<br>Dunbar, WV 25064-2103 |

Western Surety Company
333 South Wabash Avenue
Chicago, IL 60604-4107

Wex Bank
PO Box 639
Portland, ME 04104-0639

Whole Solutions
1217 Salt Springs Road
Mineral Ridge, OH 44440-9331

WorkForce West Virginia
Mary B. McLaughlin, Counsel
Legal Section
112 California Avenue
Charleston WV 25305-0004

Wright Concrete
PO Box 1046
Holden, WV 25625-1046

Wright Express Fleet Fueling
PO Box 6293
Carol Stream, IL 60197-6293

Xylem
PO Box 935152
Atlanta, GA 31193-5152

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Branch of Reorganization
Atlanta Regional Office
U.S. Securities and Exchange Commission
Suite 1000, 3475 Lenox Rd, NE
Atlanta, GA 30326-1232

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114

(d)Internal Revenue Service
425 Juliana Street, Room 2116
Parkersburg, WV 26101

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Hurricane Equipment
101 Thompson Road
Culloden, WV 25510

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)User Bench

(d)IIX -Insurance Information E
PO Box 27828
New York, NY 10087-7828

(d)JC's Hardware, LLC
PO Box 602
Pineville, WV 24874-0602

(d)Jabo Supply Corporation
Attn: Accounts Receivable Dept.
PO Box 238
Huntington, WV 25707-0238

(d)Douglas A. Kilmer
300 Virginia Street, East
Room 2025
Charleston, WV 25301-2535

(d)Napa Auto Parts -Logan
PO Box 409043
Atlanta, GA 30384-9043

```
(d)Philip C. Thompson, Esq.          (d)Radius Professional HDD Tools      (d)South Carolina Withholding Dept. Revenue
1300 Second Avenue, Third Floor      215 Lemmuel Dr. Bldg. #9              PO Box 125
PO Box 1740                          Weatherford, TX 76085-1619            Columbia, SC 29202-0125
Conway, SC 29528-1740


(u)Volvo Financial Services, a division of VF   (u)J. Marlin Witt           End of Label Matrix
                                                Arnett Foster Toothman, PLLC Mailable recipients   126
                                                                             Bypassed recipients    11
                                                                             Total                 137
```